IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTY J. WALKER | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE | : | |
| Commissioner of Social Security, | : | No. 09-384 |
| | : | |
| Defendant | : | |

### ORDER

**AND NOW**, this __9th__ day of August 2010, it is **ORDERED** that the Commissioner's decision is **REMANDED** to the Social Security Administration for further proceedings consistent with the accompanying Memorandum.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to: